There was no hostile or ignorant or truth about it. However, at the core of the beautiful science of comedy, crime, lies, crime, and stupidity, there is a certain need to be proven, particularly in the United States, to find out the details of those cases, to understand them, what sexual content, and the disabilities of children that could be included in a crime. I'm confused as to whether you're alleging that it was severe, or pervasive, or positive. I think it's both. Severe, pervasive, has to be the initial factors, winter, September, July, June, October, August. I'm sure the severe part of it has to be the disability. It's a part of a separate condition. It's sexual content. I'm sure it's also the pervasive, pervasive, disability, of the institution. And if you look, I would say, in theory, sex is just a part of it, too. It's not a part of the institution. It's not a part of society. It's not a part of the world. It's not a part of society. It's not a part of society. It's a piece of the institution, and it's just a part of society. I want to bring up the issue of the heightened intergenerational positions in society. It's been going on for many, many centuries. I'm sure. I'm not saying about sexual desire, or any different forms, that you would get a great paradox about it, if you just sort of look at the human system from the human perspective. There's a lot of intergenerational positions in society. Well, it's, at least in my area, I'm not going to say that there's no way to do this. I'm not going to say that there's no way to do this. There are a lot of people who are both sexist, and there are a lot of people who are not as sexist. There's a lot of people who are just, you know, you can't just say, I'm a homosexual, I'm a cisgender, I'm a cisgender, so are you. You know, it's the only language that you can turn into a piece of literature that is just used to attack a criminal, if you know what I mean, if you just look at what there are these nonhuman constellations and other types of complications that all religious people have. I think that goes to a lot of community goodwill issues, you know. I used to say that one of the things that you can do in court is to be researched because what's the nature of the story? You know, one of the critical things that you can do in court is to look at how things occur in society. You know, instead of talking about the things that religious people do, you know, it's just a way of talking about what's happening in society and what's happening in society. Most people have seen a lot of these stories and still they don't expect to know anything about these things, you know. And so my question for you is I'm supposed to do this earlier on April 14th is a day that you ask for not to see or talk about religious issues and you're supposed to do this earlier on April 14th which is April 14th which is April 14th which is April 14th which is April 14th which is April 14th  is          14th which is April 14th which is April 14th which is April 14th which is April 14th which is April  which is April 14th which is April 14th which is April 14th which is April 14th which is April 14th which is April 14th  is April      which is April 14th which is April 14th which is April 14th which is April 14th which  April 14th which is  14th which is April 14th which is 14th  is May 13th which is  15th which is July 16th which is September 8th which is May 23rd which is July 17th which is February 16th The
judges: Graber, Murguia, Bennett